UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA, )
)
vs. ) 1:19 CR 00027
)
JUAN CARLOS CLEMENTE-VALENTE )
)
Defendant. )

## ORDER

Robert T. Homlar, counsel for Defendant, having submitted his motion to this Court for leave of absence, as provided by Local Rule 83.9 and as there are no objections;

IT IS HEREBY ORDERED that leave of absence is _granted_ to Robert T. Homlar for the following dates:

April 8-15, 2019,
April 29 – May 10, 2019,
May 29 – June 10, 2019,
June 24 – July 1, 2019,
July 5, 2019,
August 7, 2019,
August 30, 2019,
September 2, 2019,
September 20, 2019,

October 14-15, 2019,
November 8, 2019,
November 25 – 29, 2019,
December 20, 2019 – January 7, 2020,
January 20, 2020,
February 14 – 18, 2020,
March 13, 2020,
April 6 – 13, 2020,
May 22 – 25, 2020.

This 1st day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE